

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 23 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:16cr61 DPS-FKB

NORMAN SAM                               18 U.S.C. § 2244(a)(3)(c)
                                                      18 U.S.C. § 2244(a)(5)
                                                      18 U.S.C. § 1153

The Grand Jury charges:

COUNT 1

That on or before July 30, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, and elsewhere, on lands within the confines of the Tucker Community of the Choctaw Indian Reservation in the Indian Country, the defendant, **NORMAN SAM**, a Choctaw Indian, did knowingly engage in sexual contact as defined in Section 2246(3), Title 18, United States Code, to wit: the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh, and buttocks of E.C., a Choctaw Indian who at the time had not attained the age of 12 years, with the intent to arouse and gratify the sexual desire of the defendant.

All in violation of Sections 1153 and 2244(a)(3)(c), Title 18, United States Code.

COUNT 2

That on or about and between January 1, 2012 and July 30, 2014, a more definite time being to the Grand Jury unknown, in Neshoba County in the Northern Division of the Southern District of Mississippi, and elsewhere, on lands within the confines of the Tucker Community of the Choctaw Indian Reservation in the Indian Country, the defendant, **NORMAN SAM**, a

Choctaw Indian, did knowingly engage and attempted to engage in a sexual act with A.C. a minor Choctaw Indian, to wit: contact between his penis and the child's vulva, as defined in Section 2246((2)(A), Title 18, United Code.

All in violations of Sections 1153 and 2444(a)(5), Title 18, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this 23rd day of August 2016.

*[signature]*
UNITED STATES MAGISTRATE JUDGE